UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

THOMAS JACKSON,

        Plaintiff

-against-

A. POLIZZI

        Defendant.

---------------------------------------X

Case No. 20-CV-03105(PMH)(LMS)

REQUEST FOR ENTRY OF DEFAULT

RECEIVED OCT 21 2020 PRO SE OFFICE

To: Clerk of the Court for the Southern District of New York:

You will please enter the default of Defendant A. Polizzi for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached declaration of Thomas Jackson,

10/21/2020

Thomas Jackson

Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953

---

Application denied. Defendant Polizzi's time to move or otherwise respond to the Complaint has not yet expired.

The Clerk is respectfully directed to terminate the pending motion sequence at Doc. 14 and mail a copy of this Order to Plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: New York, New York
       October 22, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JACKSON,

        Plaintiff

  - against -

A. POLIZZI

        Defendant.

Case No. 20-cv-03105(PMH)(LMS)

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

RECEIVED OCT 21 2020 PRO SE OFFICE

Plaintiff, Thomas Jackson states:

1. I am the pro se Plaintiff in the above-entitled matter.

2. The Defendant A. Polizzi was served with a copy of the Summons and complaint as appears from the proof of service on file.

3. The Defendant A. Polizzi has not filed or served an answer or taken other actions as may be permitted by law although more then 48 days have passed since the date of service

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

10/21/2020

Thomas Jackson

Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953

Name: Thomas Jackson
Din- 124309

Legal Mail

RECEIVED
OCT 21 2020
PRO SE OFFICE

To: Pro-Se intake unit
500 Pearl Street
New York, New York 10007-1312

