UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

THOMAS JACKSON,

          Plaintiff,

  -against-

D. VENETTOZZI,

          Defendant.

-----------------------------------x

Case No. 20-CV-03105-(PMH)(LMS)

REQUEST FOR ENTRY OF DEFAULT

RECEIVED OCT 21 2020 PRO SE OFFICE

TO: Clerk of the Court for the Southern District of New York:

You will please enter the default of Defendant D. Venettozzi for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached declaration of Thomas Jackson.

10/21/2020

Thomas Jackson

Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953

---

Application denied. Defendant Venettozzi's time to move or otherwise respond to the Complaint has not yet expired.

The Clerk is respectfully directed to terminate the pending motion sequence at Doc. 15 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: New York, New York
       October 22, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
THOMAS JACKSON,

        Plaintiff      Case No. 20-cv-03105-(PMH)(LLMS)

  -against-

D. VENETTOZZI      DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

        Defendant.
-----------------------------------x

RECEIVED OCT 21 2020 PRO SE OFFICE

Plaintiff, Thomas Jackson states:

1. I am the pro se Plaintiff in the above-entitled matter.

2. The Defendant D. Venettozzi was served with a copy of the summons and complaint as appears from the proof of service on file.

3. The Defendant D. Venettozzi has not filed or served an answer or taken other actions as may be permitted by law although more then 57 days have passed since the date of service.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

10/21/2020

Thomas Jackson

Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953