UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

THOMAS JACKSON,
           Plaintiff,

Case No. 20-CV-03105(PMH)(LMS)

PLAINTIFF'S MOTION TO COMPEL DISCOVERY

A. P[...]

---------------------------------------------------------X

> Application denied as necessary. As reflected by the executed receipts and returns (Docs. 31, 32), Defendants Brooks and LaManna were served on January 12, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 34 and to mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>        January 26, 2021

Th[...] [Ru]le 34(b) and 37(a), Fed.R.Civ.P.,
fo[...] [curre]nt addresses of Defendant
J[...] [Br]ooks be provided, prison officials
can satisfy the request by providing that information directly to the
U.S. Marshals to complete service as ordered by the court.

1/17/2021

Thomas Jackson
Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 25 AM 11:41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THOMAS JACKSON,
          Plaintiff

-against-

A. POLIZZI, et al.,
------------------------------------x

Case No. 20-CV-03105
(PMH)(LMS)

NOTICE OF MOTION

PLEASE TAKE NOTICE that on the enclosed declaration of the Plaintiff Thomas Jackson and memorandum of law, plaintiff will move the Court on, 2/1/2021, at the United States District Court Southern District of New York, The Daniel Patrick Moynihan United States Courthouse 500 Pearl Street - New York, NY 10007-1312, at such time as the Court may direct, for an order granting Plaintiff's Motion to Compel Discovery.

1/17/2021

Thomas Jackson

*Thomas Jackson* (signature)
Din- 12A3039

Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JACKSON,
　　　　　　　　Plaintiff

-against-

A. POLIZZI, et al.,
　　　　　　　　Defendant(s).

Case No. 20-CV-03105 (PMH) (LMS)

## DECLARATION

Grant a motion to compel Discovery.

I, Thomas Jackson, declare under penalty of perjury that the following facts are true and correct:

The U.S. Marshals have not completed service, on J. Lamanna and T. Brooks. I am requesting that the current addresses of the unserved defendants be provided to the U.S. Marshals, by compelling Discovery.

1/17/2021

Thomas Jackson
Din- 12A3039

Thomas Jackson
Upstate Corr. Fac.
P.O. Box 2001
Malone, New York 12953

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2001
MALONE, NEW YORK 12953

NAME: Thomas Jackson   DIN: 12A3039

neopost
01/19/2021
US POSTAGE $000.50
ZIP 12953
041L11251145

☆ Upstate Correctional Facility

To: Pro Se intake unit
500 Pearl Street
Room 200, New York, New York, 10007

Legal Mail

SDNY PRO SE OFFICE
2021 JAN 25 AM 11: 13