UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JACKSON DIN-12A3039,

                Plaintiff,

-against-

COMMISSIONER HEARING OFFICER A. POLIZZI, et al.,

                Defendants.

**ORDER**

20-CV-03105 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held an Initial Pretrial Telephone Conference on February 24, 2022. Plaintiff, proceeding *pro se*, and counsel for Defendants Brooks and Polizzi, appeared. As stated on the record, should the parties engage in settlement discussions, those discussions will not be a reason to stay or adjourn discovery deadlines.

    The Civil Case Discovery Plan and Scheduling Order discussed during the conference shall be docketed separately.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                    SO ORDERED:

Dated:  White Plains, New York
          February 24, 2022

                                    _____
                                    PHILIP M. HALPERN
                                    United States District Judge