STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

> Application granted.
>
> The case management conference scheduled for February 1, 2023 is adjourned to March 21, 2023 at 11:00 a.m. At the time of the scheduled conference, all parties shall call: (888) 398-2342; access code: 3456831. It is defense counsel's responsibility to ensure Plaintiff's appearance at the March 21, 2023 conference.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 105.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 30, 2023

**Via ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: **Jackson v. Polizzi, 20-CV-3105 (PMH)**

Dear Judge Halpern:

This Office represents Defendants Polizzi and Brooks, employees of the New York State Department of Corrections and Community Supervision ("DOCCS") and writes to respectfully request adjournment of the telephone conference at 9:30 a.m. on February 1, 2023. See Dkt. No. 101. This matter has been temporarily reassigned to the undersigned while AAG Lawrence is on leave. However, the undersigned has a conflicting court appearance February 1, 2023, as an ongoing obligation every Wednesday morning. Defendants thus respectfully request that the telephone conference in this matter be adjourned to another time convenient to the Court, other than a Wednesday morning, including the afternoon of February 1, 2023. Plaintiff has not been contacted about these new developments because of the delays inherent in scheduling contact with prisoners.

Respectfully submitted,
**/s/ David T. Cheng**
David T. Cheng
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6139
David.Cheng@ag.ny.gov

Cc: Thomas Jackson (DIN 12-A-3039)
Elmira Correctional Facility
1879 Davis St
P.O. Box 500
Elmira, NY 14901-0500
*Pro se*