UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
THOMAS JACKSON,                                            :     20-CV-3105 (PMH)
                                                           :
                            Plaintiff,                     :     **STIPULATION OF**
                                                           :     **VOLUNTARY DISMISSAL**
       - against -                                         :     **PURSUANT TO FED. R. CIV.**
                                                           :     **P 41(A)(1)(A)(II)**
COMMISSIONER HEARING OFFICER A.                            :
POLIZZI, SUPERINTENDENT JAMIE M.                           :
LAMANNA, SERGEANT T. BROOKS,                               :
DIRECTOR OF SPECIAL HOUSING UNIT D.                        :
VENETTOZZI, sued in their individual capacities,           :
                                                           :
                            Defendants.                    :
----------------------------------------------------------------- X

To the Clerk of Court and all parties of record:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Thomas Jackson, *pro se*, and Defendants, by and through their counsel, Letitia James, Attorney General of the State of New York, give notice that Plaintiff hereby voluntarily dismisses all claims against Defendants with prejudice and without fees or costs to any party.

Dated: New York, New York
       February 18, 2023

Dated: New York, New York
       February 24, 2023

**THOMAS JACKSON**
*Plaintiff pro se*

By: Thomas Jackson (DIN 12-A-3039)
    Elmira Correctional Facility
    1879 Davis Street
    P.O. Box 500
    Elmira, NY 14901-0500

**LETITIA JAMES**
Attorney General of the State of
*Attorney for Defendant*

By: David T. Cheng
    Assistant Attorney General
    28 Liberty Street, 18th Floor
    New York, New York 10005
    (212) 416-6139
    David.Cheng@ag.ny.gov