UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
THOMAS JACKSON,

        Plaintiff,

 - against -

COMMISSIONER HEARING OFFICER A.
POLIZZI, SUPERINTENDENT JAMIE M.
LAMANNA, SERGEANT T. BROOKS,
DIRECTOR OF SPECIAL HOUSING UNIT D.
VENETTOZZI, sued in their individual capacities,

        Defendants.
---------------------------------------------------------------- X

20-CV-3105 (PMH)

> Application granted. This action is dismissed with prejudice. The Court respectfully directs the Clerk of Court to close this case.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>     March 3, 2023

To the Clerk of Court and all parties of record:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Thomas Jackson, *pro se*, and Defendants, by and through their counsel, Letitia James, Attorney General of the State of New York, give notice that Plaintiff hereby voluntarily dismisses all claims against Defendants with prejudice and without fees or costs to any party.

Dated: New York, New York
    February 18, 2023

**THOMAS JACKSON**
*Plaintiff pro se*

By: _____
Thomas Jackson (DIN 12-A-3039)
Elmira Correctional Facility
1879 Davis Street
P.O. Box 500
Elmira, NY 14901-0500

Dated: New York, New York
    February 24, 2023

**LETITIA JAMES**
Attorney General of the State of
*Attorney for Defendant*

By: _____
David T. Cheng
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-6139
David.Cheng@ag.ny.gov